# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARTERESTA LYON,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEWMONT USA LIMITED,<br><br>    Defendant(s). | Case No. 2:21-cv-02147-JAD-NJK<br><br>**ORDER** |

   This case involves allegations related to Plaintiff's employment in Carlin, Nevada, which is in Elko County. Docket No. 1 at ¶ 8. As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

   IT IS SO ORDERED.

   Dated: December 7, 2021

                                                                    _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge

1